**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 3:24-cr-120 |
| Aaron Timothy Kargbo, | ) | |
| | ) | |
| Defendant. | ) | |

Aaron Timothy Kargbo qualifies for court-appointed counsel. Doc. 7. In August 2024, the Federal Public Defender designated Christopher Bellmore as counsel for Kargbo. Doc. 8. In January 2025, Kargbo moved to substitute Jeff Bredahl in place of Christopher Bellmore. Doc. 33. United States Magistrate Judge Alice Senechal granted Kargbo's motion. Doc. 34. The Court now appoints co-counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(b).

Under this district's CJA Plan, the "Court may appoint more than one counsel to represent a defendant when, in the judgment of this Court, the nature of the case so requires or when other good cause is shown." District of North Dakota, Plan for the Adequate Representation of Defendants Under the Criminal Justice Act of 1964, as Amended, § III(E), pg. 4 (2023), https, //www.ndd.uscourts.gov/cja/CJA_Plan.pdf. The Guide to Judiciary Policy also provides:

(a) In an extremely difficult case where the court finds it in the interest of justice to appoint an additional attorney, each attorney is eligible to receive the maximum compensation allowable under the CJA.

(b) The finding of the court that the appointment of an additional attorney in a difficult case was necessary and in the interest of justice must appear on the Order of Appointment . . . .

United States Courts, Guide to Judiciary Policy, Vol. 7A, Ch. 2, § 230.53.20., pg. 32 (2022), https, //www.uscourts.gov/sites/default/files/2025-01/guide-vol07a-ch02-2.pdf. The Court finds good

cause exists to appoint additional counsel to represent Kargbo. This case is especially difficult given voluminous discovery materials. The appointment of additional defense counsel is necessary and in the interests of justice.

Attorney Jamie Lee Schaible is appointed as additional counsel to assist in defending Kargbo. This order is filed nunc pro tunc from the date of March 24, 2026.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2026.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court

2